Joel B. Robbins (011065)
Anne E. Findling (010871)
Jesse M. Showalter (026628)
Lauren E. Channell (033484)
**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Tel: (602) 400-4400
joel@rcmslaw.com
anne@rcmslaw.com
jesse@rcmslaw.com
lauren@rcmslaw.com
*Attorneys for Plaintiff Diamond Warren*

Christopher M. O'Neal (FL 910201)
**BEN CRUMP LAW, PLLC**
122 S. Calhoun Street
Tallahassee, Florida 32301
Tel: (850) 224-2020
chris@bencrump.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiff Diamond Warren*

Lincoln Combs (025080)
**O'STEEN & HARRISON, PLC**
300 W. Clarendon Avenue, Suite 400
Phoenix, Arizona 85013
Tel: (602) 252-8888
lcombs@vanosteen.com
*Attorneys for Plaintiff Robert Yates*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Diamond Warren, et al., | No. 2:22-cv-02200-DWL-CDB |
| Plaintiffs, | **JOINT NOTICE** |
| v. | **OF SETTLEMENT** |
| Paul Penzone, et al., | |
| Defendants. | |

1  Pursuant to LRCiv 40.2(d), Plaintiffs Warren and Yates, and Defendants City of Phoenix, Corrales, Jessen, Kubes, LoCascio, Rubio, and Wood hereby notify the Court that they have reached a tentative settlement in this matter, subject to Phoenix City Council approval. The Council is scheduled to meet in the near future.

This settlement will result in dismissal of all remaining claims in this matter. The parties are in the process of preparing the Settlement Agreement and Release. Because the settlement involves a minor, it will need to be approved by the Maricopa County Superior Court's probate division, which Plaintiff Warren understands could take up to ninety days. The parties are currently working to finalize the settlement documents and will file a stipulation to dismiss upon approval of the settlement by the probate Court.

RESPECTFULLY SUBMITTED: August 6, 2024

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
By: /s/ Jesse M. Showalter
  Joel B. Robbins
  Jesse M. Showalter
  Anne E. Findling
  Lauren E. Channell
  *Attorneys for Plaintiff Diamond Warren*

**BEN CRUMP LAW, PLLC**
By: /s/ Christopher M. O'Neal (w/permission)
  Christopher M. O'Neal
  *Co-counsel for Plaintiff Diamond Warren*

**JONES SKELTON & HOCHULI, P.L.C.**
By: John T. Masterson (w/permission)
  John T. Masterson
  Christopher G. Stuart
  Ashley E. Caballero-Daltrey
  *Attorneys for City Defendants Corrales, Jessen, Kubes, Locascio, & Wood*

**WIENEKE LAW GROUP, PLC**
By: Christina Retts (w/permission)
  Kathleen L. Wieneke
  Christina Retts
  Laura Van Buren
  *Attorneys for Defendant City of Phoenix*

**O'STEEN & HARRISON, PLC**
By: /s/ Lincoln Combs (w/permission)
  Lincoln Combs
  *Attorneys for Plaintiff Yates*

**BERKE LAW FIRM, PLLC**
By: Lori V. Berke (w/permission)
  Lori V. Berke
  Anelisa Benavides
  *Attorneys for City Defendant Rubio*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Christopher M. O'Neal   chris@bencrump.com
*Co-counsel for Plaintiff Diamond Warren*

Lincoln Combs   lcombs@vanosteen.com
*Attorneys for Plaintiff Robert Yates*

Michael E. Gottfried   gottfrim@mcao.maricopa.gov
Charles E. Trullinger   trullinc@mcao.maricopa.gov
*Attorneys for Defendants Maricopa County & Sheriff Paul Penzone*

Kathleen L. Wieneke   kwieneke@wienekelawgroup.com
Christina Retts   cretts@wienekelawgroup.com
Laura Van Buren   lvanburen@wienekelawgroup.com
*Attorneys for Defendant City of Phoenix*

Daniel P. Struck   dstruck@strucklove.com
Nicholas D. Acedo   nacedo@strucklove.com
Ashlee B. Hesman   ahesman@strucklove.com
Carmine DiPiero   cdipiero@strucklove.com
*Attorneys for County Defendants Moses & Perez*

John T. Masterson   jmasterson@jshfirm.com
Christopher G. Stuart   cstuart@jshfirm.com
Ashley E. Caballero-Daltrey   adaltrey@jshfirm.com
*Attorneys for City Defendants Corrales, Jessen, Kubes, Locascio, & Wood*

Lori V. Berke   lori@berkelawfirm.com
Anelisa Benavides   anelisa@berkelawfirm.com
*Attorneys for City Defendant Rubio*

By: /s/ Julie W. Molera