# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diamond Warren, et al., <br>     Plaintiffs, <br> v. <br> Paul Penzone, et al., <br>     Defendants. | No. CV-22-02200-PHX-DWL (CDB) <br><br> **JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 12, 2024, judgment of dismissal is entered, and the complaint and action are dismissed.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

November 13, 2024

                                                s/ K. James
                                    By   Deputy Clerk